NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ABSOLUTE SOFTWARE, INC.** AND
**ABSOLUTE SOFTWARE CORPORATION,**
*Plaintiffs-Appellants,*

v.

**STEALTH SIGNAL, INC.** AND
**COMPUTER SECURITY PRODUCTS, INC.,**
*Defendants-Cross-Appellants.*

---

2010-1503, -1504

---

Appeals from the United States District Court for the Southern District of Texas in case no. 05-CV-1416, Senior Judge Ewing Werlein, Jr.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Absolute Software, Inc. and Absolute Software Corporation's unopposed motion to withdraw their previously filed brief and file a substitute brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 1 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Marc A. Fenster, Esq.
     J. Christopher Reynolds, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 1 2 2011

**JAN HORBALY**
**CLERK**